IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JETHRO L. LARKIN II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>　　　　Defendant.<br>_____/ | No. C-12-1713 TEH (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT AND <u>IN FORMA PAUPERIS</u> APPLICATION<br><br>Doc. #4 |

　　　　On April 5, 2012, Plaintiff sent a letter to this court alleging mistreatment by prison officials, and that prison officials are violating federal law. Doc. #1. That same day, the Court Clerk notified Plaintiff in writing that his action was deficient because he had failed to attach a complaint to his filings (Doc. #3) and because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved <u>in forma pauperis</u> application (Doc. #2). <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. ## 2 and 3. On April 23, 2012, Plaintiff requested an extension of time to file the

requested items.  Doc. #5.  Plaintiff's motion for an extension of time is GRANTED.  Plaintiff must submit a complaint by June 29, 2012.  Plaintiff must also submit a signed and completed court-approved <u>in forma pauperis</u> application or pay the requisite $350.00 filing fee by June 29, 2012.

IT IS SO ORDERED.

DATED    05/02/2012    
                       THELTON E. HENDERSON
                       United States District Judge

G:\PRO-SE\TEH\CR.12\Larkin-12-1713-eot-ifp and complaint.wpd